721 A.2d 42

**TRIANGLE BUILDING CENTER and Kemper Insurance Company, Respondents,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (LINCH).**

**Petition of Malcolm R. LINCH.**

Supreme Court of Pennsylvania.

Nov. 30, 1998.

Gary D. Martz, York, for petitioner.

### *ORDER*

PER CURIAM.

AND NOW, this 30th day of November, 1998, the Petition for Allowance of Appeal is granted, limited to the following issue:

Was Appellant working under concurrent contracts with two or more employers so that his wages from all such employers shall be considered as if earned from the employer liable for compensation under 77 P.S. § 582(e)?